UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

STEVEN HIBBLER,

    Petitioner,

v.                                  Case No. 12-15081

KEN ROMANOWSKI,

    Respondent.
                                       /

## JUDGMENT

In accordance with the court's Opinion and Order Denying the Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability dated April 29, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Ken Romanowski and against Petitioner Steven Hibbler.  Dated at Detroit, Michigan, this 29th day of April 2015.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                                S/ Lisa Wagner
                                        By:  Lisa Wagner, Case Manager
                                          to Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C1 ORDERS\12-15081.HIBBLER.Judgment.wpd